# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CHADZ S. FITZPATRICK**                                      **PLAINTIFF**

**v.**                                                                               **No. 3:22CV225-JMV**

**SHERIFF DEPT. UNION COUNTY MS, ET AL.**                 **DEFENDANTS**

## ORDER DISMISSING CASE FOR FAILURE
## TO STATE A VALID CLAIM FOR RELIEF

This matter comes before the court after the plaintiff failed to respond to the court's order [16] to show cause why the instant case should not be dismissed for failure to state a claim upon which relief could be granted. The plaintiff has not alleged acts or omissions by any defendant that caused or contributed to his alleged bed bug problem – or described any harm he may have suffered. As such, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this, the 31st day of May, 2024.

                                                         /s/ Jane M. Virden
                                                         UNITED STATES MAGISTRATE JUDGE